No. 82–601. PARRATT, WARDEN OF THE NEBRASKA STATE PENITENTIARY *v.* HOLTAN. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–928. BASKERVILLE *v.* STAMPER. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–996. RENT-IT CORP. *v.* CLARK. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 82–1009. COLORADO *v.* HENDERSHOTT. Sup. Ct. Colo. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.